```
                            United States Bankruptcy Court
                             Eastern District of New York
In re:                                                             Case No. 18-44972-ess
Sandra L Taranto                                                   Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: adobson                Page 1 of 1                  Date Rcvd: Nov 08, 2018
                              Form ID: 277                 Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db             Sandra L Taranto,    638 Tysens Ln,    Staten Island, NY  10306-4616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9396136        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 08 2018 18:22:28      American Honda Finance,
               c/o Rosa Villanueva,    Attn: Bankruptcy,   PO Box 168088,   Irving, TX 75016-8088
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              Alan Nisselson    on behalf of Trustee Alan  Nisselson anisselson@windelsmarx.com,
               theston@windelsmarx.com;tmoss@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com
              Alan Nisselson    anisselson@windelsmarx.com,
               theston@windelsmarx.com;tmoss@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com
              Kevin Zazzera     on behalf of Debtor Sandra L Taranto kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 4

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Sandra L Taranto** | | Social Security number or ITIN   **xxx–xx–5173** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | | | Date case filed for chapter  **7   8/29/18** |
| Case number:   **1–18–44972–ess** | | | |

# NOTICE OF HEARING ON
# REAFFIRMATION AGREEMENT(S)

**NOTICE IS HEREBY GIVEN THAT:**

A hearing concerning a reaffirmation agreement (or agreements) of the kind specified in § 524 of the Bankruptcy Code, will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on **December 11, 2018 at 10:00 AM** at the following location:

**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3585 – 3rd Floor, Brooklyn, NY 11201–1800**

A hearing to approve the reaffirmation agreement(s) is required because:

☐   The debtor was <u>not</u> represented by an attorney during the course of negotiating the agreement(s), or

☑   The debtor was represented by an attorney during the course of negotiating the agreement(s), but a presumption of undue hardship arose under § 524(m) of the Bankruptcy Code and the debtor's attorney failed, in Part C of the reaffirmation agreement, to certify that, notwithstanding the presumption, the debtor is able to make the payments required under the reaffirmation agreement.

☐   Other:

The debtor's attendance at the hearing is required. Failure by the debtor to appear will result in the disapproval by the court of the subject agreements(s).

If, prior to the hearing date, an amended reaffirmation agreement is filed which clearly states that in the debtor's attorney's opinion the debtor is able to make the required payments, the hearing will be marked off the Court's calendar. In such event, there is no need to appear at the hearing and the amended reaffirmation agreement will become effective upon filing with the Court without further Court order. 11 U.S.C. § 524(k)(3)(J).

Dated: November 8, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLreafagr.jsp** [Notice of Hearing on Reaffirmation Agreement rev. 02/01/17]